**Order entered December 20, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00720-CV

## VERTICAL HOLDINGS, LLC AND VANGUARD FINANCIAL TRUST, Appellants

## V.

## LOCATORX, INC., Appellee

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-04237

## ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein

On December 9, 2022 the Court issued an order on appellant's motion to review the trial court's August 15, 2022 post-judgment injunction. We granted the motion to the extent we ordered appellants to deposit with the Dallas County District Clerk a cash deposit in the amount of $352,298.57. A supplemental

clerk's record has been filed demonstrating appellants' compliance with the order.[1]

Accordingly, and as stated in our December 9th order, we **REVERSE** the trial court's post-judgment injunction in its entirety. In light of the reversal of the post-judgment injunction, we **LIFT** this Court's August 25, 2022 stay order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] The supplemental clerk's record includes two receipts of cash deposits in the amounts of $34,197.36 and $318,101.21. Those amounts total the amount ordered to be deposited.